# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCord, Andrea K. | U.S. Bankruptcy Court (INSB) | 08/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Lee H. Hamilton Federal Building and Courthouse
121 W. Spring Street
New Albany, IN 47150

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | State of Indiana Judicial Pension (vested) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Indiana State Police (pension) |
| 2. 2020 | Indiana Gaming Commission (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ACCOUNT #1 (H) | | | | | | | | | |
| 2. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 3. CSX CORP (CSX) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 4. DIAGEO PLC (DEO) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 5. ELI LILLY & CO (LLY) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 6. FORTIS INC (FTS) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 7. PAYPAL HOLDINGS (PYPL) | | None | K | T | Buy | 03/09/20 | J | | |
| 8. REGIONS FINANCIAL CORP (RF) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 9. SOUTHWEST AIRLINES CO (LUV) | | None | J | T | Buy | 03/09/20 | J | | |
| 10. TRACTOR SUPPLY CO (TSCO) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 11. WALT DISNEY CO (DIS) | | None | J | T | Buy | 03/09/20 | J | | |
| 12. AMERICAN FUNDS BOND FUND OF AMER A (ABNDX) | A | Dividend | K | T | Buy | 01/29/20 | J | | |
| 13. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 14. AMERICAN FUNDS FUNDAMENTAL INV A (ANCFX) | A | Dividend | J | T | Buy | 01/29/20 | J | | |
| 15. AMERICAN FUNDS GROWTH FD OF AMER A (AGTHX) | A | Dividend | J | T | Buy | 01/29/20 | J | | |
| 16. AMERICAN FUNDS HIGH-INCOME TRUST A (AHITX) | A | Dividend | J | T | | | | | |
| 17. AMERICAN FUNDS INT BD FD OF AMER A (AIBAX) | A | Dividend | | | Sold | 01/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS INVEST CO OF AMER A (AIVSX) | | None | | | Sold | 01/29/20 | J | | |
| 19. AMERICAN FUNDS NEW PERSPECTIVE A (ANWPX) | A | Dividend | J | T | Sold (part) | 01/29/20 | J | | |
| 20. AMERICAN FUNDS NEW WORLD A (NEWFX) | A | Dividend | J | T | Buy | 01/29/20 | J | | |
| 21. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 22. AMERICAN FUNDS SMALL CAP WORLD A (SMCWX) | A | Dividend | J | T | Buy (add'l) | 03/09/20 | J | | |
| 23. ACCOUNT #2 (H) | | | | | | | | | |
| 24. STATE ST TARGET RET 2025 SL CL V (SSBSX) | | None | J | T | | | | | |
| 25. FIDELITY DIVERSIFIED INTL FUND (FDIVX) | A | Dividend | J | T | | | | | |
| 26. STATE ST RUSSELL SMALL/MID IDX SL C1 II (SSMKX) | | None | J | T | | | | | |
| 27. T. ROWE PRICE BLUE CHIP GROWTH TR-T2 (TRBCX) | | None | J | T | | | | | |
| 28. ACCOUNT #3 (H) | | | | | | | | | |
| 29. STATE ST TARGET RET 2025 SL CL V (SSBSX) | | None | K | T | | | | | |
| 30. FIDELITY DIVERSIFIED INTL FUND (FDIVX) | A | Dividend | K | T | | | | | |
| 31. STATE ST RUSSELL SMALL/MID IDX SL C1 II (SSMKX) | | None | K | T | | | | | |
| 32. VANGUARD CAPITAL OPPORTUNITY ADM (VHCAX) | B | Dividend | K | T | | | | | |
| 33. MFS MID CAP VALUE R3 (MVCHX) | A | Dividend | K | T | | | | | |
| 34. T. ROWE PRICE BLUE CHIP GROWTH TR-T2 (TRBCX) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | |
|---|---|
| **Name of Person Reporting** McCord, Andrea K. | **Date of Report** 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO TOTAL RETURN FUND A (PTTAX) | C | Dividend | L | T | | | | | |
| 36. INDIANA STABLE VALUE FUND | | None | M | T | | | | | |
| 37. ACCOUNT #4 (H) | | | | | | | | | |
| 38. STATE ST TARGET RET 2035 SL CL V (SSCKX) | | None | | | Sold | 02/14/20 | J | | |
| 39. ACCOUNT #5 (H) | | | | | | | | | |
| 40. STATE ST TARGET RET 2035 SL CL V (SSCKX) | | None | | | Sold | 02/14/20 | K | | |
| 41. FIDELITY DIVERSIFIED INTL K6 (FKIDX) | | None | | | Sold | 02/14/20 | K | | |
| 42. STATE ST RUSSELL SMALL/MID IDX XL CL II (SSMKX) | | None | | | Sold | 02/14/20 | K | | |
| 43. T. ROWE PRICE BLUE CHIP GROWTH (TRBCX) | | None | | | Sold | 02/14/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCord, Andrea K.** | 08/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| McCord, Andrea K. | 08/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrea K. McCord**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544